UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Felix Williams**  :  CHAPTER  13
:
:
DEBTOR  :  Bankruptcy No.: **24-12860\pmm**

# ORDER OF COURT

**AND NOW**, this  27th  day of  August  , 2024 it is hereby **ORDERED** that the Debtor may have until **September 10, 2024,** to file the Schedules & Statements in the above-captioned case.

BY THE COURT:

_Patricia M. Mayer_

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge