**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Felix Williams                      CHAPTER 13

Debtor(s)

BKY. NO. 24-12860 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
27 Aug 2024, 18:52:14, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322