UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                              Bankr. Case No. 24-12860-pmm

Felix Williams                                                                   Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 24-12860-pmm

Felix Williams  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 12, 2024 :

MICHAEL D. SAYLES
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

Kenneth E West
Office of the Chapter 3 Standing Trustee
1234 Market Street Ste 1813
Philadelphia, PA 19107

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx36541 / 1098460