## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-12860 |
| FELIX WILLILAMS ) | |
| ) | Chapter 13 |
| Debtor ) | |
| _____ ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rules 2002 and 9010, kindly enter the appearance of Gary M. Perkiss, Esquire of the law firm of Gary M. Perkiss, P.C. on behalf of Billows Electric Supply Company in the above captioned Chapter 13 proceeding.

PLEASE TAKE NOTICE that Gary M. Perkiss, P.C. requests that a copy of all notices given or required to be given in this case pursuant to Bankruptcy Rule 2002, and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

Gary M. Perkiss, Esquire
Gary M. Perkiss, P.C.
Noble Plaza
801 Old York Road
Suite 313
Jenkintown, PA 19046
gperkiss@perkiss.com

PLEASE TAKE FURTHER NOTICE that the foregoing requests includes not only notices and papers referred to in the rules specified in the above paragraphs, but also includes, without limitation, any order and notice of application, motion, petition, pleading, request, complaint, demand, reply, answer, schedule of assets and liabilities, statement of affairs, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Dated: September 27, 2024

GARY M. PERKISS, P.C.

 /s/ *Gary M. Perkiss*
Gary M. Perkiss, Esquire
801 Old York Road, Suite 313
Jenkintown, PA 19046
(215) 885-7100
gperkiss@perkiss.com
*Counsel for Billows Electric Supply Company.*

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 27, 2024, a copy of the foregoing Entry of Appearance and Request for Notices was served upon all parties to this action as follows:

Via the CM/ECF System:

    Michael D. Sayles
    Sayles & Associates
    427 West Cheltenham Avenue, Suite #2
    Elkins Park, PA 19027
    *Counsel for Debtor*

    Kenneth E. West
    Standing Chapter 13 Trustee
    1234 Market Street – Suite 1813
    Philadelphia, PA 19107
    *Bankruptcy Trustee*

                                                        /s/ *Gary M. Perkiss*
                                                        Gary M. Perkiss, Esquire