IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| FELIX WILLIAMS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, ) | Case No.: 24-12860 (PMM) |
| INC. dba GM FINANCIAL ) | |
| **Moving Party** ) | |
| ) | **Hearing Date:  11-20-24 at 1:00 PM** |
| v. ) | |
| ) | |
| FELIX WILLIAMS ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about January 10, 2025 in the above matter is APPROVED.

Dated: **January 14, 2025**

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE