**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Felix Williams <br> _Debtor_ <br><br> CMG Mortgage, Inc. <br> _Moving Party_ <br> vs. <br><br> Felix Williams <br> _Debtor_ <br><br> Kenneth E. West <br> _Trustee_ | CHAPTER 13 <br><br> NO. 24-12860 PMM <br><br> 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this __12th__ day of __February__, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
United States Bankruptcy Judge