**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re:                                      :
                                            :        Chapter 13
        Felix Williams                      :
                                            :
                                            :        Case No. 24-12860 (PMM)
                        Debtor.             :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 53] which was filed on February 13, 2025.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: February 19, 2025        By: */s/ Megan N. Harper*
        MEGAN N. HARPER
        Divisional Deputy City Solicitor
        PA Attorney ID 81669
        Attorney for the City of Philadelphia
        City of Philadelphia Law Department
        Municipal Services Building
        1401 JFK Boulevard, 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0503 (phone)
        Email: Megan.Harper@phila.gov