# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Felix Williams<br>　　　　　　　　　Debtor(s)<br><br>CMG Mortgage, Inc., its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Felix Williams<br>　　　　　　　　　Debtor(s)<br><br>KENNETH E. WEST<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 24-12860 DJB |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of CMG Mortgage, Inc., which was filed with the Court on or about September 30, 2024.

Dated: March 20, 2025

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon
　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Felix Williams | **BK NO. 24-12860 DJB** |
| **Debtor(s)** | **Chapter 13** |
| **CMG Mortgage, Inc.** | |
| **Movant** | |
| vs. | |
| **Felix Williams** | |
| **Debtor(s)** | |
| **KENNETH E. WEST** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 3/20/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 3/20/2025

/s/ Denise Carlon
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Felix Williams<br>5527 North 2nd Street<br>Philadelphia, PA 19120-2903 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael D. Sayles Esq.<br>427 West Cheltenham Ave.<br>Suite #2<br>Elkins Park, PA 19027 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| KENNETH E. WEST<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West,<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |