## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                    :
                                          :       Chapter 13
            Felix Williams                :
                                          :
                                          :       Case No. 24-12860 (PMM)
                              Debtor.     :
-------------------------------------------------------x
```

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 53] which was filed on February 13, 2025.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 28, 2025                By: */s/ Megan N. Harper*
                                        MEGAN N. HARPER
                                        Divisional Deputy City Solicitor
                                        PA Attorney ID 81669
                                        Attorney for the City of Philadelphia
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0503 (phone)
                                        Email: Megan.Harper@phila.gov