United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-12860-djb

Felix Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Oct 23, 2025  Form ID: 155  Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Felix Williams, 5527 North 2nd Street, Philadelphia, PA 19120-2903 |
| 14939025 | + | AmeriCredit Financial Services, Inc., c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14916530 | + | Billows Electric Supply Company, c/o Gary M. Perkiss, Noble Plaza, 801 Old York Road, Suite 313, Jenkintown, PA 19046-1611 |
| 14931101 | + | Billows Electric Supply Company, 1813 Underwood Boulevard, Delran, NJ 08075-1232 |
| 14916534 | | CMG Mortgage Inc., 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 14916539 | + | Felix Williams Electric LLC, PO Box 54, Willow Grove, PA 19090-0054 |
| 14918049 | + | PNC Bank, National Association, c/o Melissa Johnson, Vice President, 1600 Market Street, 22nd Floor, Mail Stop F2-F070-22-8, Philadelphia, PA 19103-7243 |
| 14916543 | | PO Box 81307 BK14, BK 14, Cleveland, OH 44181-0307 |
| 14916545 | + | TDRCS/Raymour & Flanigan, PO Box 100270, Columbia, SC 29202-3270 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14929833 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 00:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14917070 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 24 2025 00:34:35 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14930235 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 24 2025 00:45:33 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14916527 | | Email/Text: ally@ebn.phinsolutions.com | Oct 24 2025 00:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14928367 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 00:36:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14916528 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2025 00:35:00 | Bank of America, 4060 Ogletown/Stanton Road DE5-019-03-07, Newark, DE 19713 |
| 14937533 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2025 00:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14916529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 00:46:07 | Best Buy/CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14937826 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 24 2025 00:36:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14977960 | | Email/Text: megan.harper@phila.gov | Oct 24 2025 00:36:00 | City of Philadelphia, c/o MEGAN N. HARPER, |

Case 24-12860-djb    Doc 100    Filed 10/25/25    Entered 10/26/25 00:38:21    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 14976983 | | Email/Text: megan.harper@phila.gov | Oct 24 2025 00:36:00 | City of Philadelphia - Law/Revenue Dept., 1401 JFK Blvd., Room 580, Philadelphia, PA 19102<br><br>City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14919962 | ^ | MEBN | Oct 24 2025 00:29:32 | CMG Mortgage, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14963426 | | Email/Text: BKPT@cfna.com | Oct 24 2025 00:35:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14916531 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:47:11 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14916532 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:35:11 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14916533 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:46:24 | Capital One Bank USA NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14916536 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 00:46:30 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14985749 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 24 2025 00:36:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939 |
| 14916540 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 00:36:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14916537 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2025 00:36:00 | Department of Treasury, Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14937591 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 00:35:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14916542 | | Email/Text: mspurrier@nationalfunding.com | Oct 24 2025 00:35:00 | National Funding, 9530 Towne Centre Drive, Suite 120, San Diego, CA 92121 |
| 14937527 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 00:35:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14918640 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14937593 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 00:34:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14916544 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 00:45:57 | SYNCB/PayPal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 14938078 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2025 00:45:43 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14922059 | + | Email/Text: tdebn@credbankserv.com | Oct 24 2025 00:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14916547 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 00:46:05 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14916546 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 00:47:08 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14916548 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 24 2025 00:35:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14916549 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 24 2025 00:36:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |

Case 24-12860-djb    Doc 100    Filed 10/25/25    Entered 10/26/25 00:38:21    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 41 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14916535 | | Cooper Electric |
| 14916538 | *+ | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14916541 | ##+ | National Creditors Connection, Inc., 14 Orchard, Suite 200, Lake Forest, CA 92630-8313 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com |
| GARY M. PERKISS | on behalf of Creditor Billows Electric Supply Company gperkiss@perkiss.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL D. SAYLES | on behalf of Debtor Felix Williams midusa1@comcast.net  midusa1@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Felix Williams<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−12860−djb<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 23, 2025                                                                    For The Court

                                                                                       Derek J Baker<br>
                                                                                       Judge, United States Bankruptcy Court