# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:  CASE NO.: 24-12860

FELIX WILLIAMS,  CHAPTER 13

Debtor.

**FILED NOV 6 2025 CLERK OF COURT / DEP. CLERK**

## NOTICE OF CHANGE OF ADDRESS - CREDITOR

**Name of Creditor:** PNC Bank, National Association

**New Address where <u>Notices</u> should be sent:**

PNC Bank, National Association
Attn: Paula Saks
101 W. Washington Street, 4th Floor
MS: 11-Y013-04-04
Indianapolis, IN 46255
317-267-6206 | paula.saks@pnc.com

**New Address where <u>Payments</u> should be sent:**

PNC Bank, National Association
Attn: Paula Saks
101 W. Washington Street, 4th Floor
MS: 11-Y013-04-04
Indianapolis, IN 46255
317-267-6206 | paula.saks@pnc.com

**Court Claim No.:** 1-1

**Date Filed:** August 21, 2024

**Amount of Claim:** $20,974.79

**Last Four Digits of Acct. No.:** 1118

**Prior Notice Address:**

PNC Bank, National Association
c/o Melissa Johnson, Vice President
1600 Market Street, 22nd Floor
MS: F2-F070-22-8
Philadelphia, PA 19103
215-585-1153 | melissa.b.johnson@pnc.com

**Prior Payment Address:**

PNC Bank, National Association
c/o Melissa Johnson, Vice President
1600 Market Street, 22nd Floor
MS: F2-F070-22-8
Philadelphia, PA 19103
215-585-1153 | melissa.b.johnson@pnc.com

☒ I am signing on behalf of the creditor, PNC Bank, National Association

Date: November 5, 2025

_____
Jacqueline Rice, Sr. Paralegal
PNC Bank, National Association
300 5th Avenue, 18th Floor
Pittsburgh, PA 15222
412-338-6348 | jacqueline.rice@pnc.com

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CASE NO.: 24-12860 |
| FELIX WILLIAMS, | CHAPTER 13 |
| Debtor. | |

**FILED NOV 6 2025 CLERK OF COURT DEP. CLERK**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Address Change - Creditor** has been filed with the Court and served upon the following parties as indicated below:

*Debtor's Attorney*:   *Via Email:* midusa1@comcast.net
Michael D. Sayles, Esq.
P.O. Box 11222
Elkins Park, PA 19027

*Trustee*:   *Via Federal Express* - 3950 0951 9096
Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Date: November 5, 2025

Jacqueline Rice, Sr. Paralegal
300 5th Avenue, 18th Floor
Pittsburgh, PA 15222
412-338-6348 | jacqueline.rice@pnc.com

LTR.NTC.SRVC - #486906v1



Jacqueline Rice
Sr. Paralegal

(412) 338-6348 (Tel)
jacqueline.rice@pnc.com

November 5, 2025

**Via Federal Express**
# 3950 0924 2843

Clerk of the Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

Re: United States Bankruptcy Court for Eastern District of Pennsylvania (Philadelphia)
Felix Williams, Debtor
Case No. 24-12860, Chapter 13

Dear Sir/Madam:

Enclosed for filing is a CHANGE OF ADDRESS – CREDITOR for the above-referenced matter. Please date stamp received the enclosed copy and return the same in the self-addressed pre-paid Federal Express envelope.

Very truly yours,

PNC BANK, NATIONAL ASSOCIATION

By: _____
Jacqueline L. Rice
Sr. Paralegal

Cc: Michael D. Sayles, Esq.
Kenneth E. West, Trustee

PNC Bank, National Association • The Tower at PNC Plaza • 300 5th Avenue, 18th Floor • Pittsburgh, PA 15222-2707

LTR.NTC.SRVC - #486906v1