*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Felix Williams

    Debtor(s)

Case No: 24–12860–djb

Chapter: 13

---

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

....

To the Debtor, Debtor's Counsel,
and any party in interest:

NOTICE is hereby given that a Hearing to Show Cause
why Debtor's Counsel's fee should not be adjusted
pursuant to Local Rules 2016–3(a)(4)(A)(B)
and/or Local Rule 2016–3(b)(2)(A)(B)

will be held before the Honorable Derek J. Baker,
United States Bankruptcy Court.

....

Certificate of Non–Compliance with Local Rule 2016–3
For Failure to Timely File a Fee Application
has been filed by Trustee KENNETH E. WEST.

\*\*\*\*\*\*

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

will be held before the Honorable Derek J Baker ,United States Bankruptcy Court

    on: 9/3/26

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

        For The Court

        Mohung Wong
        Clerk of Court

Dated: July 20, 2026

105
Form 175