**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **FELIX WILLIAMS,** | : | **Bankruptcy No. 24-12860-djb** |
| **Debtor** | : | **Chapter 13** |
| **Freedom Mortgage Corporation** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **FELIX WILLIAMS** | : | **11 U.S.C. §362** |
| **and** | | |
| **KENNETH E. WEST, ESQUIRE (TRUSTEE)** | | |
| **Respondent(s)** | : | |

**CERTIFICATION OF NO ANSWER REGARDING FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY (DE 107)**

The undersigned hereby certifies that, as of September 25, 2026, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before September 24, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: September 25, 2026

Respectfully submitted,

Brock & Scott, PLLC

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **FELIX WILLIAMS,** | : | **Bankruptcy No. 24-12860-djb** |
| **Debtor** | : | **Chapter 13** |
| **Freedom Mortgage Corporation** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **FELIX WILLIAMS** | : | **11 U.S.C. §362** |
| **and** | | |
| **KENNETH E. WEST, ESQUIRE (TRUSTEE)** | | |
| **Respondent(s)** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on September 25, 2026 to the following:

FELIX WILLIAMS
5527 NORTH 2ND STREET
PHILADELPHIA, PA 19120-2903

MICHAEL D. SAYLES, Debtor's Attorney
PO Box 11222
Elkins Park, PA 19027
midusa1@comcast.net

KENNETH E. WEST, Bankruptcy Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee, US Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657

Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com